**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and JOHN BINDER, REVENUE OFFICER, INTERNAL REVENUE SERVICE, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. |
| v. | : | |
| MARTIN VEGAS and STEPHANIE VEGAS, | : | |
| Defendants. | : | |

**COMPLAINT TO ENFORCE**
**INTERNAL REVENUE SUMMONSES**

For their Complaint, the United States of America and John Binder, Revenue Officer, Internal Revenue Service, by and through their attorneys, allege as follows:

1. Pursuant to 26 U.S.C. § 7604, an action may be brought to enforce judicially an Internal Revenue Summons issued pursuant to 26 U.S.C. § 7602.

2. This action is brought pursuant to 26 U.S.C. § 7604 in order to enable Plaintiffs to collect income tax liability, and to prepare federal income tax returns, for the Defendant, Martin Vegas, for the income tax years ending December 31, 2016, December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024; and for the Defendant, Stephanie Vegas, for the income tax years ending December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, and December 31, 2021 (hereinafter, collectively, the “tax years at issue”).

3. The address of the Defendants is 1806 Pinnacle Drive, Warrington, Pennsylvania 18976, such address being within the jurisdiction of this Court. Venue is proper pursuant to 28 U.S.C. § § 1391(b)(1) and (b)(2); and 26 U.S.C. § 7604(a).

4. Plaintiff John Binder is a Revenue Officer with the Internal Revenue Service ("IRS") authorized by 26 U.S.C. § 7602 to issue Internal Revenue Summonses, and who is presently conducting an investigation of the Defendant with respect to the collection of income tax liabilities for the tax years at issue.

5. In connection with that investigation, Plaintiff Revenue Officer has personally served three IRS Summonses upon the Defendants on July 24, 2025, by leaving attested copies of the Summonses at the Defendants' home. Those Summonses directed the Defendant to appear on August 22, 2025 at the IRS office in Horsham, Pennsylvania, to testify and to bring with him certain documents and records necessary to collect federal tax liabilities, and to prepare federal tax returns, for the tax years at issue. True and accurate copies of those Summonses are incorporated by reference herein and attached hereto as Exhibit A.

6. The Defendant did not appear on August 22, 2025. The Declaration of Plaintiff Revenue Officer reciting the failure to comply with the Summonses is attached hereto and incorporated as Exhibit B.

7. It is essential for the collection of the outstanding federal tax liabilities of the Defendant for the tax years at issue that the Defendant be required to testify and to produce those records and information demanded by the Summonses.

8. As indicated above, the investigation is being conducted for a legitimate purpose and the information sought may be relevant to that purpose.

9. The Plaintiffs have complied with the administrative procedures required by the Internal Revenue Code of 1986, as amended, for enforcement of these Summonses.

WHEREFORE, Plaintiffs respectfully pray:

1. That this Court enter an Order directing the Defendant to show cause why he should not comply with and obey the aforementioned Summonses in each requirement thereof, in the form attached hereto as Exhibit C;
2. That the Court enter an order directing the Defendant to obey the aforementioned Summonses in each requirement thereof and to order that he testify, and produce the records and information as demanded for by the Summonses before Plaintiff Revenue Officer or any other properly designated officer of the IRS;
3. That the United States recover its costs in maintaining this action; and
4. That the Court render such other and further relief as is just and proper.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Charlene K. Fullmer, for*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Neelima Vanguri*
NEELIMA VANGURI
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8334
Fax: 215-861-8618
Neelima.Vanguri@usdoj.gov

DATED: August 17, 2026